

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00173-CR

OLIVER HUGHES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 339th District Court of Harris County.  (Tr. Ct. No. 1348998).

This case is an appeal from the final judgment signed by the trial court on February 21, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Panel consists of Justices Keyes, Bland, and Massengale.  Opinion delivered by Justice Keyes.